**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Abdin Hamethe ISMAEL, Defendant—
Appellant.**

No. 02–50290.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Ronald L. Cheng, Esq., Diana L. Pauli, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Abdin Hamethe Ismael, Big Spring, TX, Terri A. Law, Esq., Sherman Oaks, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Abdin Hamethe Ismael appeals his guilty-plea conviction and 121–month sentence for one count of illegal possession of a controlled substance, in violation of 21 U.S.C. § 841(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ismael has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ismael has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.[1] We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Petitioner's pro se motion for counsel who speaks Arabic, received on November 24, 2003, is denied.

